Supreme Court of the United States
Washington, D. C. 20543

THE LEGAL OFFICE

September 6, 2024

Daniel Z. Epstein
America First Legal Foundation
611 Pennsylvania Avenue, S.E. #231
Washington, DC 20003

Dear Mr. Epstein:

    I am writing in response to your letter to Chief Justice Roberts dated July 30, 2024. Your letter asserts that the Administrative Office of the United States Courts and the Judicial Conference of the United States are "executive agenc[ies]" subject to the Freedom of Information Act, 5 U.S.C. § 552 (FOIA). *See* Letter at 6, 7 ("the Judicial Conference . . . does not fall within the Judiciary."). It seeks information from those entities relating to Justices Thomas and Alito and all correspondence with Senator Sheldon Whitehouse or Representative Henry "Hank" Johnson and their respective staffs since April 2023.

    The Administrative Office of the United States Courts and the Judicial Conference of the United States are not subject to FOIA. *See, e.g., Banks v. Dep't of Justice*, 538 F.Supp.2d 228, 231-32 (D.D.C. 2008) (dismissing FOIA suit against the Administrative Office of the U.S. Courts, explaining that "[t]he phrase 'courts of the United States' is interpreted such that this exemption applies to the entire judicial branch of government. . . . [T]he Administrative Office of the United States is an arm of the federal courts and therefore is not subject to FOIA."). *Accordingly, we will not be providing records in response to your request.*

Very truly yours,

Ethan V. Torrey
Legal Counsel

(202) 479-3282

Scanned with CamScanner