

July 30, 2024

**VIA MAIL**

The Honorable Robert J. Conrad
Judicial Conference Secretary
Administrative Office of the United States Courts Director
One Columbus Circle, NE
Washington, DC 20544

Administrative Office of the United States Courts
Financial Disclosure Office, Room G-330
One Columbus Circle, NE
Washington, DC 20544

**Freedom of Information Act Request**

Dear Judge Conrad,

America First Legal Foundation ("AFL") is a national, nonprofit organization. AFL promotes the rule of law in the United States, prevents executive overreach, ensures due process and equal protection for all Americans, and promotes knowledge and understanding of the law and individual rights guaranteed under the Constitution and laws of the United States. To that end, we file Freedom of Information Act ("FOIA") requests on issues of pressing public concern, then disseminate the information we obtain, making documents broadly available to the public, scholars, and the media. Using our editorial skills to turn raw materials into distinct work, we distribute that work to a national audience through traditional and social media platforms. AFL has over 228,000 followers on Facebook, 251,000 followers on X, and our Founder and President has over 680,000 followers on X.

**I.     Background**

The Ethics in Government Act of 1978 required Supreme Court Justices to make financial disclosures, yet it never required disclosures of personal hospitality unrelated to official business.[1] The Administrative Office of the United States Courts ("AO") has recently approved guidance changing the scope of exempt "personal

---

[1] Public Information Office, Justice Clarence Thomas Public Statement, (available at https://tinyurl.com/23jx9prw).

hospitality" activities to be limited to "food, lodging, or entertainment."[2] The changes were drafted by Judicial Conference committees, then approved and published by the AO in the Federal Register, and eventually adopted by the Judicial Conference.[3]

Notwithstanding this fact, there has been an assault on America's two most conservative Justices, Clarence Thomas and Samuel Alito. Senator Sheldon Whitehouse and Representative Hank Johnson have accused Justice Thomas of acting willfully to violate the Ethics in Government Act and have directed the U.S. Department of Justice to criminally investigate the matter.[4] Similarly, Senator Whitehouse has filed an ethics complaint against Justice Alito accusing him of violating "several canons of judicial ethics."[5] Despite numerous determinations, including one from former AO Director Honorable Thomas F. Hogan, that Justice Thomas's alleged errors and omissions were not willful, Senator Whitehouse and others have not given up their onslaught of attacks.[6]

## II.     Legal Principles

Pursuant to FOIA, codified at 5 U.S.C. § 552, each agency shall make its records available to the public. "Agency" is given its meaning in 5 U.S.C. § 551, defined as "each authority of government of the United States . . . [excluding] the courts of the United States." This includes any executive department, military department, Government owned or controlled corporation, establishments in the executive branch, and relevant here, any independent regulatory agencies.[7] The AO is an independent regulatory agency due to its functions, particularly: (1) supervising all administrative matters; (2) preparing and transmitting statistical data and reports; (3) submitting

---

[2] Letter from Roslynn R. Mauskopf, Director, Administrative Office of the United States Courts, to Sheldon Whitehouse, Chairman, Federal Courts, Oversight, Agency Action, and Federal Rights, Committee on the Judiciary United States Senate (March 23, 2023) (available at https://tinyurl.com/2yewu8bv); *see* Judicial Conference Committee on Rules of Practice and Procedure, *Advisory Committee on Civil Rules,* FEDERALREGISTER.GOV, (available at 20, https://tinyurl.com/4d86ha5m) (March 29, 2022).

[3] Administrative Office of the U.S. Courts, *Understanding the Federal Courts*, USCOURTS.GOV, (available at 10, https://tinyurl.com/mptft9na) (last visited July 21, 2024).

[4] *See* Letter from Sheldon Whitehouse, Chairman, Senate Judiciary Subcommittee on Federal Courts, Oversight, Agency Action, and Federal Rights, and Henry C. Johnson, Jr., Ranking Member, House Judiciary Subcommittee on Courts, Intellectual Property, and the Internet, to Robert Conrad, Director, Administrative Office of the United States Courts (June 17, 2024) (available at https://tinyurl.com/3ry2fhun); *see also* Letter from Louise M. Slaughter, Member of Congress, and Earl Blumenauer, Member of Congress, to Brian M. Boynton, Principal Deputy Assistant Attorney General, Civil Division  (May 1, 2024) (available at https://tinyurl.com/ye29zttp).

[5] Letter from Sheldon Whitehouse, Chairman, Senate Judiciary Subcommittee on Federal Courts, Oversight, Agency Action, and Federal Rights to Chief Justice John Roberts (Sept. 4, 2023) (available at 1, https://tinyurl.com/y4y5kute).

[6] *See* Letter from Roslynn R. Mauskopf, Secretary, Judicial Conference of the United States, to Sheldon Whitehouse, Chairman, Senate Judiciary Subcommittee on Federal Courts, Oversight, Agency Action, and Federal Rights (May 15, 2023) (available at https://tinyurl.com/5888d7xs); *see also* Letter from Thomas F. Hogan, Secretary, Judicial Conference of the United States, to Louise M. Slaughter, House of Representatives Member (Dec. 22, 2011) (available at 25, https://tinyurl.com/5888d7xs).

[7] 5 U.S.C. § 552(f)(1).

to Congress and the Attorney General copies of reports, data, and recommendations; (4) disbursing appropriations and other funds for maintenance and operation; (5) establishing programs for certification and utilization of interpreters and special interpretation services; (6) regulating and paying annuities; and most notably, (7) making, promulgating, issuing, rescinding, and amending rules and regulations as may be necessary to carry out functions, powers, duties, and authorities, and also publishing them in the Federal Register.[8] As the AO implements and executes Judicial Conference policies, as well as federal statutes and regulations, it cannot be a court of the United States.[9]

Courts have established that "Once a unit is found to be an agency, [the] determination will not vary according to its specific function in each individual case."[10] In other words, once considered an agency, performing non-advisory functions will not make it a non-agency.[11] In this context, the AO is clearly deemed an agency, and performing certain functions will not make it a "court of the U.S." that is exempt from FOIA.

Additionally, the U.S. Supreme Court has previously stated that "executive or administrative duties of a nonjudicial nature may not be imposed on judges holding office under Article III of the Constitution."[12] Because the AO unquestionably has administrative duties, it is not under what Article III would consider a court of the United States.

Moreover, "The courts of the United States" has been defined to mean "the Supreme Court of the United States, courts of appeals, district courts . . . and any court created by Act of Congress the judges of which are entitled to hold office during good behavior."[13] Similarly, Article III provides that judicial power shall be vested in Courts as Congress ordains, and Judges shall hold their Offices during good behavior.[14] The AO is clearly not a court vested with any judicial power or with judges entitled to hold office. Further, all officers and employees of the AO are expressly prohibited from engaging directly or indirectly in the practice of law in any court of the United States.[15] Unlike courts of the United States that require judges to be removed by impeachment, the Director and Deputy Director are appointed and

---

[8] 28 U.S.C. § 604.
[9] Federal Register, *Administrative Office of United States Courts*, FEDERALREGISTER.GOV, https://tinyurl.com/zd7yebpn (last visited July 20, 2024).
[10] *Ryan v. Department of Justice*, 617 F.2d 781, 788 (D.C. Cir. 1980).
[11] *Id.* at 789.
[12] *Morrison v. Olson*, 487 U.S. 654, 677–79 (1988) (citing *Buckley v. Valeo*, 424 U.S. 1 (1976)) (explaining "one purpose of the broad prohibition upon the courts' exercise of 'executive or administrative duties of a nonjudicial nature,' is to maintain the separation between the Judiciary and the other branches of the Federal Government by ensuring that judges do not encroach upon executive or legislative authority or undertake tasks that are more properly accomplished by those branches").
[13] 28 U.S.C. § 451.
[14] U.S. CONST. art. III, § 1.
[15] 28 U.S.C. § 607.

removed by the Chief Justice.[16] It should also be noted that the AO has been responsive to congressional oversight.[17] It is a hornbook matter of administrative law that only executive branch entities, not the courts, are subject to legislative oversight.[18] The AO is not a court of the United States and its employees are not judges. It is, therefore, not exempt from FOIA.

Finally, as a matter of the plain text and ordinary meaning of the organic statute creating the AO, 28 U.S.C. § 601, the Director and Deputy Director of the AO are "officers for purposes of title 5, United States Code." FOIA, the Privacy Act, and the Administrative Procedure Act—statutes regulating what executive agencies do—can all be found within Title 5 of the U.S. Code.

### III.   Requested Records

AFL respectfully requests, pursuant to 5 U.S.C. § 552, all records referring or relating to (1) Clarence Thomas or (2) Samuel Alito (including "Thomas" or "Alito"), and all communications with Senator Sheldon Whitehouse, Representative Hank Johnson, or any of their staff. The timeframe for these items is April 2023 through the date of processing.

### IV.   Production

To accelerate release of responsive records, AFL welcomes production on an agreed rolling basis. If possible, please provide responsive records in an electronic format by email. Alternatively, please provide responsive records in native format or in PDF format on a USB drive. Please send any responsive records being transmitted by mail to America First Legal Foundation, 611 Pennsylvania Ave SE #231, Washington, DC 20003.

### V.   Conclusion

If you have any questions about our request or believe further discussions regarding search and processing would facilitate the more efficient production of requested records, please contact me at FOIA@aflegal.org. Thank you in advance for your cooperation.

Sincerely yours,

/s/ Daniel Z. Epstein
America First Legal Foundation

---

[16] 28 U.S.C. § 601.

[17] Letter from Sheldon Whitehouse, Chairman, Senate Judiciary Subcommittee on Federal Courts, Oversight, Agency Action, and Federal Rights, and Henry C. Johnson, Jr., Ranking Member, House Judiciary Subcommittee on Courts, Intellectual Property, and the Internet, to Robert Conrad, Director, Administrative Office of the United States Courts (June 17, 2024) (available at https://tinyurl.com/3ry2fhun).

[18] Russell Wheeler, *Justice Thomas, Gift Reporting Rules, and What a Supreme Court Code of Conduct Would and Wouldn't Accomplish*, BROOKINGS (May 1, 2023), https://tinyurl.com/4dudrw4d.