CO-386
10/2018

# United States District Court
# For the District of Columbia

America First Legal Foundation )
)
)
)
**Plaintiff** )
vs )
JOHN G. ROBERTS, JR., in his official capacity as Presiding Officer of the )
Judicial Conference of the United States; )
ROBERT J. CONRAD, in his official capacity as Director of the )
Administrative Office of the U.S. Courts )
)
)
**Defendant** )

Civil Action No. 25-1232

## CERTIFICATE RULE LCvR 26.1

I, the undersigned, counsel of record for    Plaintiff America First Legal Foundation    certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of    America First Legal Foundation    which  have

any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

 /s/ William Scolinos

Signature

DC Bar No. 90023488

BAR IDENTIFICATION NO.

William Scolinos

Print Name

611 Pennsylvania Avenue SE #231

Address

Washington,    DC        20003

City                State            Zip Code

(301) 965-0179

Phone Number