AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

AMERICA FIRST LEGAL FOUNDATION,
*Plaintiff*
v.
J Conference of the United States, ROBERT J. CONRA
*Defendant*

Case No. 25-1232

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

America First Legal Foundation

Date: 04/23/2025

*Attorney's signature*

DANIEL EPSTEIN (DC Bar No. 1009132)
*Printed name and bar number*

611 Pennsylvania Avenue SE #231
Washington, DC 20003

*Address*

daniel.epstein@aflegal.org
*E-mail address*

(301) 965-0179
*Telephone number*

*FAX number*