Civil Action No. 25-1232

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* U.S. Attorney's Office for the District of Columbia was received by me on *(date)* June 24, 2025.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*:
Via electronic mail to USADC.ServiceCivil@usdoj.gov

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 7/7/2025

/s/ William Scolinos
*Server's signature*

William Scolinos, Attorney
*Printed name and title*

611 Pennsylvania Avenue SE #231
Washington, DC 20003
*Server's address*

Additional information regarding attempted service, etc:



Will Scolinos <william.scolinos@aflegal.org>

## Summons - 1:25-cv-01232 - AMERICA FIRST LEGAL FOUNDATION v. ROBERTS et al

2 messages

**Will Scolinos** <william.scolinos@aflegal.org>  Tue, Jun 24, 2025 at 3:02 PM
To: USADC.ServiceCivil@usdoj.gov

Please see the attached summons for 1:25-cv-01232 - AMERICA FIRST LEGAL FOUNDATION v. ROBERTS et al and confirm receipt.

Thank you,

--

**Will Scolinos**

America First Legal



william.scolinos@aflegal.org

**Dist.D.C._1-25-cv-01232_combined (1).pdf**
4148K

**USADC-ServiceCivil** <USADC.ServiceCivil@usdoj.gov>  Thu, Jul 3, 2025 at 4:26 PM
To: Will Scolinos <william.scolinos@aflegal.org>

Your service package has been received and accepted with a service date of June 24, 2025.  Thank you.

**From:** Will Scolinos <william.scolinos@aflegal.org>
**Sent:** Tuesday, June 24, 2025 3:02 PM
**To:** USADC-ServiceCivil <USADC-ServiceCivil@usa.doj.gov>
**Subject:** [EXTERNAL] Summons - 1:25-cv-01232 - AMERICA FIRST LEGAL FOUNDATION v. ROBERTS et al

Please see the attached summons for 1:25-cv-01232 - AMERICA FIRST LEGAL FOUNDATION v. ROBERTS et al and confirm receipt.

Thank you,

--

**Will Scolinos**

America First Legal



william.scolinos@aflegal.org