UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICA FIRST LEGAL FOUNDATION,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>JOHN G. ROBERTS, in his official capacity as Presiding Officer of the Judicial Conference of the United States, et al.,<br><br>　　　　　　　　Defendants. | Civil Action No. 25-1232 (TNM) |

**JOINT MOTION TO AMEND FILING DEADLINES**

By and through undersigned counsel, the Parties move this Court to amend the submission deadlines for Plaintiff's Opposition to Defendants' Motion to Dismiss and Defendants' Reply in Support of its Motion to Dismiss. Pursuant to Local Civil Rule 7(m), the Parties conferred and have agreed to the below suggested deadlines. The grounds for this motion are as follows.

Plaintiff filed this suit on April 22, 2025, and service of the Complaint was received by the U.S. Attorney's Office on or about June 24, 2025. On July 24, 2025, Defendants filed a Motion to Dismiss under Rule 12(b)(1) and Rule 12(b)(6). Plaintiff's deadline to file an Opposition to Defendant's Motion to Dismiss is currently August 7, 2025.

Good cause exists for granting the instant motion. The additional time will allow the Parties to more fully consider, research, and brief the issues presented by

this case. Plaintiff and Defendants have conferred through counsel regarding a proposed schedule for briefing the forthcoming opposition and reply. After conferring, the Parties respectfully request that this Court enter the following briefing schedule:

- Opposition due September 11, 2025
- Reply due October 16, 2025.

WHEREFORE, the Parties respectfully request that the filing deadlines be amended as stated above. A proposed order is enclosed herewith.

Dated: July 30, 2025
Washington D.C.

Respectfully submitted,

| | |
|---|---|
| By: /s/ *William Scolinos* | By: /s/ Ethan V. Torrey |
| William Scolinos (D.C. Bar No. 90023488) | Ethan V. Torrey (D.C. Bar No. 1740399) |
| Tel: (202) 964-3721 | Legal Counsel |
| E-mail: William.Scolinos@aflegal.org | Supreme Court of the United States |
| AMERICA FIRST LEGAL FOUNDATION | One First Street, N.E. |
| 611 Pennsylvania Avenue SE #231 | Washington, D.C. 20543 |
| Washington, D.C. 20003 | Tel.: (202) 479-3282 |
| | etorrey@supremecourt.gov |
| *Counsel for America First Legal Foundation* | *Attorney for the United States of America* |