UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICA FIRST LEGAL FOUNDATION,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>JOHN G. ROBERTS, in his official capacity as Presiding Officer of the Judicial Conference of the United States, et al.,<br><br>　　　　　　　Defendants. | Civil Action No. 25-1232 (TNM) |

# **[PROPOSED] ORDER**

UPON CONSIDERATION of the parties' joint motion to amend the filing deadlines, and for good cause shown and the entire record herein, it is hereby

ORDERED that the joint motion is GRANTED; and it is further

ORDERED that the following schedule shall govern Defendant's motion to dismiss:

- Opposition due September 11, 2025
- Reply due October 16, 2025

SO ORDERED:

_____          _____
Dated                                                                          Trevor N. McFadden
                                                                                      United States District Judge