IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Case No. 25-1232

| | |
|---|---|
| AMERICA FIRST LEGAL FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>JOHN G. ROBERTS, JR., in his official capacity as Presiding Officer of the Judicial Conference of the United States, et al.,<br><br>Defendants. | **NOTICE OF APPEARANCE** |

The undersigned, Jonathan Y. Ellis, of the firm McGuireWoods LLP and member of the bar of this Court, hereby enters his appearance as counsel of record for Defendant the Honorable Robert J. Conrad, in his official capacity as Presiding Officer of the Judicial Conference of the United States.

This the 22nd day of August, 2025.

**MCGUIREWOODS LLP**

/s/ *Jonathan Y. Ellis*
Jonathan Y. Ellis (D.C. Bar No. 1020074)
501 Fayetteville Street, Suite 500
Raleigh, NC 27601
Tel: (919) 755-6688
Fax: (919) 755-6588
jellis@mcguirewoods.com

*Counsel for the Honorable Robert J. Conrad*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system this 22nd day of August, 2025. Counsel for all parties in this case are registered CM/ECF users and will be served by the CM/ECF system.

*/s/ Jonathan Y. Ellis*
Jonathan Y. Ellis