## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Case No. 25-1232

| | |
|---|---|
| AMERICA FIRST LEGAL FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>JOHN G. ROBERTS, JR., in his official capacity as Presiding Officer of the Judicial Conference of the United States, et al.,<br><br>Defendants. | **NOTICE OF APPEARANCE** |

The undersigned, Grace Greene Simmons, of the firm McGuireWoods LLP and member of the bar of this Court, hereby enters her appearance as counsel of record for Defendant the Honorable Robert J. Conrad, in his official capacity as Presiding Officer of the Judicial Conference of the United States.

This the 22nd day of August, 2025.

                                                    **McGuireWoods LLP**

                                                    /s/ *Grace Greene Simmons*
                                                    Grace Greene Simmons (D.C. Bar No. 90024082)
                                                    888 16th Street N.W.
                                                    Suite 500
                                                    Washington, D.C. 20006
                                                    Tel: (404) 443-5718
                                                    Fax: (404) 442-5758
                                                    gsimmons@mcguirewoods.com

                                                    *Counsel for the Honorable Robert J. Conrad*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system this 22nd day of August, 2025. Counsel for all parties in this case are registered CM/ECF users and will be served by the CM/ECF system.

*/s/ Grace Greene Simmons*
Grace Greene Simmons