AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

America First Legal Foundation )
*Plaintiff* )
v. ) Case No. 1:25-cv-01232
John Roberts et al. )
*Defendant* )

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff America First Legal

Date: 11/18/2025

*Attorney's signature*

Andrew Block 90002845
*Printed name and bar number*

611 Pennsylvania Ave SE #231
Washington DC 20003

*Address*

andrew.block@aflegal.org
*E-mail address*

(202) 836-7958
*Telephone number*

*FAX number*