UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AMERICA FIRST LEGAL FOUNDATION,**<br><br>Plaintiff,<br><br>v.<br><br>**JOHN G. ROBERTS, in his official capacity as Presiding Officer of the Judicial Conference of the United States,** *et al.*,<br><br>Defendants, | Case No. 1:25-cv-1232 (TNM) |

## ORDER

Upon consideration of Defendant's [14] Motion to Dismiss, the pleadings in support and opposition, the arguments of counsel, and the relevant law, and for the reasons discussed in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Defendant's [14] Motion to Dismiss is GRANTED and the case is dismissed without prejudice.

The Clerk of Court is requested to close this case. This is a final, appealable order. *See* Fed. R. App. P. 4(a).

**SO ORDERED**.

Dated: December 18, 2025                             TREVOR N. McFADDEN, U.S.D.J.